# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

**DOCKET NUMBER:** 19 CV 11299

**DATE FILED:** DEC 1 0 2019

**SIGNED BY:** JUDGE MARRERO

**DATE SIGNED:** DEC 1 0 2019

FILED
U.S. DISTRICT COURT
2019 DEC 10 PM 4:__
S.D. OF N.Y.

## TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

____ COMPLAINT / PETITION ONLY

__X__ OTHER DOCUMENTS / EXHIBITS