UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETERSEN-DEAN, INC.,

          Plaintiff,

-against-

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,

          Defendants.

**ORDER**

19 Civ. 11299 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/19

---

ALVIN K. HELLERSTEIN, U.S.D.J.:

Plaintiff moves to seal several categories of documents filed, or anticipated to be filed, in connection with this case. Because Plaintiff's only stated reason in support of its motion is that the parties here are subject to a confidentiality agreement that restricts the disclosure of certain information, the motion is denied. This Court's prior order (ECF No. 5-7) on sealing is hereby vacated. The Clerk is directed to close the motion (ECF No. 5)

SO ORDERED.

Dated:     December / , 2019
              New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

1