**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PETERSEN-DEAN, INC.,

                Petitioner,

-against-

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,
                Respondent
-----------------------------------------------------------X

19 CIVIL 11299 (AKH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 11, 2020, Petersen's petition to vacate the prehearing arbitral award is denied and National Union's cross-petition to confirm the award is granted; One final matter remains: The Court previously denied Peterson's motion to seal certain documents filed (or to be filed) in connection with this case; See Order, ECF No. 14, but there are several filings on the docket that sill contain redactions; especially given that this order "relies on (indeed, discloses) much of the redacted content, which heightens the basis for public access,: National Union Fire Ins. Co. of Pittsburgh PA, 2017 WL 2198160, at *3, Petersen shall, within one week of the issuance of the order, file unredacted versions of the applicable documents (ECF Nos. 1,7 (with attachments), 8) on the docket; as there is no reason to keep the matter open pending arbitration, the case is closed without prejudice to either party moving by letter to reopen the case within 30 days of the conclusion of the arbitration proceedings.

**Dated**: New York, New York
       February 11, 2020

                                    RUBY J. KRAJICK
                                       Clerk of Court
                            BY:
                                        Deputy Clerk

THIS DOCUMENT WAS
ON THE DOCKET ON 2/11/2020