UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETERSEN-DEAN, INC., <br><br> Petitioner, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Respondent. | Case No. 19-cv-11299-AKH <br><br> ~~[REDACTED]~~ **AMENDED JUDGMENT** <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY <br> DOC #: _____ <br> DATE FILED: 2/26/2020 |

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 11, 2020, Petersen-Dean's petition to vacate the $2 million prehearing arbitration award is denied and National Union's cross-petition to confirm the $2 million prehearing arbitration award is granted.

**Dated:** New York, New York
February 26 2020

SO ORDERED:

*/s/ Alvin K. Hellerstein*

**The Honorable Alvin K. Hellerstein**
**United States District Judge**