UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
PETERSEN-DEAN, INC,                               :
                                                  :
                      Plaintiff,                  :      ORDER GRANTING MOTION
                                                  :      TO SEAL
      v.                                          :
                                                  :      19 Civ. 11299 (AKH)
                                                  :
NATIONAL UNION FIRE INSURANCE                     :
COMPANY OF PITTSBURGH, PA.,                       :
                                                  :
                      Defendant.                  :
                                                  :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Upon good cause shown, the motion to seal is granted.  The Clerk of Court shall terminate the open motion (ECF No. 40).

      SO ORDERED.

Dated:    March 30, 2021          /s/ Alvin K. Hellerstein
            New York, New York     ALVIN K. HELLERSTEIN
                                                 United States District Judge